**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-18-0344-PHX-DGC |
|---|---|
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Wendy Ann Copp, | |
| Defendant. | |

On December 27, 2018, defendant, Wendy Ann Copp, appeared before this Court on a petition to revoke conditions of release, admitted the violation alleged, and submitted the issue of release or detention to the Court. The Court considered the information in the docket and provided to the Court in determining whether the defendant should be released on conditions set by the Court.

The Court finds, by clear and convincing evidence, that the defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court. 18 U.S.C.§ 3148(b).

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings.

Dated this 27th day of December, 2018.

_____
Honorable Deborah M. Fine
United States Magistrate Judge